|  |  |
|---|---|
|  | CHECK NO. 000372446<br>CHECK DATE: 5/30/2008<br>PERIOD ENDING: 5/25/2008<br>PAY FREQUENCY: WEEKLY |

CAESAR, DONNA
23W776 BRYN MAWR RD
ROSELLE, IL 60172

ID NUMBER: 0240613977  FED: STATUS MARRIED  EXEMPT 0  TAX ADJUSTMENTS FED:  ST:
BASE RATE: 17.39  ST1:  0  DI/UC:
SSN: XXXXX1387  ST2:  LOCAL:

STATE AND LOCAL CODES
PRI: IL  LOC1:  LOC3:
SEC:  LOC2:  LOC4:
     LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| OVERTIME | 2.27 | 59.21 | 126.81 | 3,239.74 |
| REGULAR | 40.00 | 695.60 | 848.00 | 14,457.04 |
| HOLIDAY | 0.00 | 0.00 | 16.00 | 270.08 |
| SHUTDOWN VAC | 0.00 | 0.00 | 16.00 | 270.08 |
| SICK | 0.00 | 0.00 | 16.00 | 270.08 |
| TOTAL H/E | 42.27 | 754.81 | 1,022.81 | 18,507.02 |

### PRE-TAX ITEMS

| | CURRENT | Y-T-D |
|---|---|---|
| 401K | -37.74 | -917.49 |
| PPO PLUS | -6.00 | -131.00 |
| CHOICE SEL | -41.00 | -866.00 |
| TOTAL PRE-TAX | -84.74 | -1,914.49 |
| TOTAL | 670.07 | 16,592.53 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 43.88 | 1,085.62 |
| MEDICARE TAX | 10.27 | 253.90 |
| FED INC TAX | 62.48 | 1,652.26 |
| PRI-STATE TAX | 20.10 | 497.81 |
| TOTAL TAXES | 136.73 | 3,489.59 |

### AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| LOAN #1 | 19.93 | 438.46 |
| LTD INS | 1.79 | 38.58 |
| SHORT TERM | 2.41 | 51.90 |
| TOTAL PER DED | 24.13 | 528.94 |

### SPECIAL INFORMATION

MATCH  15.10

### CURRENT NET PAY DISTRIBUTION

S 13709490  60.00
CHECK AMOUNT  449.21

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 670.07 | 84.74 | 670.07 | 136.73 | 24.13 | 509.21 |
| Y-T-D | 18,507.02 | -1,914.49 | 16,592.53 | 3,489.59 | 528.94 | 12,574.00 |

TOTAL CURRENT NET PAY  509.21

Friday, July 11, 2008.max

| | | | | CHECK NO. | 000372057 |
|---|---|---|---|---|---|
| | | | | CHECK DATE: | 5/23/2008 |
| | | | | PERIOD ENDING: | 5/18/2008 |
| | | | | PAY FREQUENCY: | WEEKLY |

CAESAR, DONNA
23W776 BRYN MAWR RD
ROSELLE, IL 60172

ID NUMBER: 0240613977   FED: MARRIED   STATUS   EXEMPT 0   TAX ADJUSTMENTS FED:   ST:
BASE RATE: 17.39   ST1:       0   DI/UC:
SSN: XXXXX1387   ST2:       LOCAL:

STATE AND LOCAL CODES
PRI: IL   LOC1:   LOC3:
SEC:   LOC2:   LOC4:
      LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| OVERTIME | 6.00 | 156.51 | 124.54 | 3,180.53 |
| REGULAR | 40.00 | 695.60 | 808.00 | 13,761.44 |
| HOLIDAY | 0.00 | 0.00 | 16.00 | 270.08 |
| SHUTDOWN VAC | 0.00 | 0.00 | 16.00 | 270.08 |
| SICK | 0.00 | 0.00 | 16.00 | 270.08 |
| TOTAL H/E | 46.00 | 852.11 | 980.54 | 17,752.21 |

**PRE-TAX ITEMS**

| | | | |
|---|---|---|---|
| 401K | | -42.61 | -879.75 |
| PPO PLUS | | -6.00 | -125.00 |
| CHOICE SEL | | -41.00 | -825.00 |
| TOTAL PRE-TAX | | -89.61 | -1,829.75 |
| TOTAL | | 762.50 | 15,922.46 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 49.92 | 1,041.74 |
| MEDICARE TAX | 11.67 | 243.63 |
| FED INC TAX | 76.35 | 1,589.78 |
| PRI-STATE TAX | 22.88 | 477.71 |
| TOTAL TAXES | 160.82 | 3,352.86 |

**AFTER-TAX DEDUCTIONS**

| | CURRENT | Y-T-D |
|---|---|---|
| LOAN #1 | 19.93 | 418.53 |
| LTD INS | 1.79 | 36.79 |
| SHORT TERM | 2.41 | 49.49 |
| TOTAL PER DED | 24.13 | 504.81 |

### SPECIAL INFORMATION

| | |
|---|---|
| MATCH | 17.04 |

**CURRENT NET PAY DISTRIBUTION**

| | |
|---|---|
| S 13709490 | 60.00 |
| CHECK AMOUNT | 517.55 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 762.50 | -89.61 | 762.50 | 160.82 | 24.13 | 577.55 |
| Y-T-D | 15,922.46 | -1,829.75 | 15,922.46 | 3,352.86 | 504.81 | 12,064.79 |

TOTAL CURRENT NET PAY    577.55

Friday, July 11, 2008.max

| | MPC PRODUCTS CORPORATION<br>5600 W. JARVIS AVENUE<br>NILES, IL 60714-4016 | | CHECK NO: 371664<br>CHECK DATE: 05/16/08<br>PERIOD ENDING: 05/11/08<br>PAY FREQUENCY: WEEKLY |
|---|---|---|---|

DONNA CAESAR  
23W776 BRYN MAWR RD  
ROSELLE, IL 60172  

ID NUMBER: 0240613977  
BASE RATE: 17.3900  
SSN:  

STATUS EXEMPT  
FED: MARRIED 00  
ST1: 00  
ST2:  

TAX ADJUSTMENTS  
FED:  ST:  
DI/UC:  
LOCAL:  

STATE AND LOCAL CODES  
PRI: IL  LOC1:  LOC3:  
SEC:  LOC2:  LOC4:  
          LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 40.00 | 695.60 | 768.00 | 13065.84 |
| OVERTIME | 7.87 | 205.29 | 118.54 | 3024.02 |
| HOLIDAY | | | 16.00 | 270.08 |
| SHUTDOWN VAC | | | 16.00 | 270.08 |
| SICK | | | 16.00 | 270.08 |
| 401K | | 45.04- | | 837.14- |
| CHOICE SEL | | 41.00- | | 784.00- |
| PPO PLUS | | 6.00- | | 119.00- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 52.94 | 991.82 |
| MEDICARE TAX | 12.38 | 231.96 |
| FED INC TAX | 83.30 | 1513.43 |
| PRI-STATE TAX | 24.27 | 454.83 |
| **TOTAL TAXES** | **172.89** | **3192.04** |
| AFTER-TAX DEDUCTIONS | | |
| MPC PIP LOAN | 19.93 | |
| LTD INS | 1.79 | 35.00 |
| SHORT TERM | 2.41 | 47.08 |

### SPECIAL INFORMATION

| | |
|---|---|
| 401K ER MATCH | 18.02 |
| TO-DATE 401K ER MATCH | 338.02 |
| TO-DATE MPC PIP LOAN | 398.60 |

**CURRENT NET PAY DISTRIBUTION**  
S 13709490  60.00  
CHECK AMOUNT  551.83

| | GROSS | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|
| TOTAL | 47.87  808.85 | 934.54  15159.96 | TOTAL PER DED | 24.13  82.08 | | |
| CURRENT | 808.85 | 808.85 | 172.89 | 24.13 | 611.83 | |
| Y-T-D | 15159.96 | 15159.96 | 3192.04 | 480.68 | 11487.24 | TOTAL CURRENT NET PAY  611.83 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian



**MPC PRODUCTS CORPORATION**
5600 W. JARVIS AVENUE
NILES, IL 60714-4016

| | |
|---|---|
| CHECK NO: | 371271 |
| CHECK DATE: | 05/09/08 |
| PERIOD ENDING: | 05/04/08 |
| PAY FREQUENCY: | WEEKLY |

DONNA CAESAR
23W776 BRYN MAWR RD
ROSELLE, IL 60172

ID NUMBER: 0240613977
BASE RATE: 17.3900
SSN:

STATUS: MARRIED   EXEMPT FED: 00   ST1:   ST2:

TAX ADJUSTMENTS
FED:
DI/UC: 00
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: IL   LOC1:   LOC3:
SEC:   LOC2:   LOC4:
LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 40.00 | 695.60 | 728.00 | 12370.24 |
| OVERTIME | .75 | 19.56 | 110.67 | 2818.73 |
| HOLIDAY | | | 16.00 | 270.08 |
| SHUTDOWN VAC | | | 16.00 | 270.08 |
| SICK | | | 16.00 | 270.08 |
| 401K | | 35.76- | | 792.10- |
| CHOICE SEL | | 41.00- | | 743.00- |
| PPO PLUS | | 6.00- | | 113.00- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 41.43 | 938.88 |
| MEDICARE TAX | 9.69 | 219.58 |
| FED INC TAX | 56.83 | 1430.13 |
| PRI-STATE TAX | 18.97 | 430.56 |
| **TOTAL TAXES** | **126.92** | **3019.15** |
| *AFTER-TAX DEDUCTIONS* | | |
| MPC PIP LOAN | 19.93 | |
| LTD INS | 1.79 | 33.21 |
| SHORT TERM | 2.41 | 44.67 |

### SPECIAL INFORMATION

| | |
|---|---|
| 401K ER MATCH | 14.30 |
| TO-DATE 401K ER MATCH | 320.00 |
| TO-DATE MPC PIP LOAN | 378.67 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| S 13709490 | 60.00 |
| CHECK AMOUNT | 421.35 |

| | GROSS | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|
| TOTAL | 40.75  632.40 | 886.67  14351.11 | TOTAL PER DED  24.13  77.88 | | |
| CURRENT | 632.40 | 632.40 | 126.92 | 24.13 | 481.35 |
| Y-T-D | 14351.11 | 14351.11 | 3019.15 | 456.55 | 10875.41 |

TOTAL CURRENT NET PAY    481.35

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian



| | MPC PRODUCTS CORPORATION<br>5600 W. JARVIS AVENUE<br>NILES, IL 60714-4016 | CHECK NO: 370865<br>CHECK DATE: 05/02/08<br>PERIOD ENDING: 04/27/08<br>PAY FREQUENCY: WEEKLY |
|---|---|---|

| DONNA CAESAR<br>23W776 BRYN MAWR RD<br>ROSELLE,IL 60172 | ID NUMBER: 0240613977<br>BASE RATE: 17.3900<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 00<br>ST1:<br>ST2: 00 | TAX ADJUSTMENTS<br>FED:<br>DI/UC:<br>LOCAL: ST: | STATE AND LOCAL CODES<br>PRI: IL  LOC1:  LOC3:<br>SEC:  LOC2:  LOC4:<br>LOC5: |

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 40.00 | 695.60 | 688.00 | 11674.64 |
| OVERTIME | 3.00 | 78.26 | 109.92 | 2799.17 |
| HOLIDAY | | | 16.00 | 270.08 |
| SHUTDOWN VAC | | | 16.00 | 270.08 |
| SICK | | | 16.00 | 270.08 |
| 401K | | 38.69- | | 756.34- |
| CHOICE SEL | | 41.00- | | 702.00- |
| PPO PLUS | | 6.00- | | 107.00- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 45.06 | 897.45 |
| MEDICARE TAX | 10.54 | 209.89 |
| FED INC TAX | 65.20 | 1373.30 |
| PRI-STATE TAX | 20.65 | 411.59 |
| **TOTAL TAXES** | **141.45** | **2892.23** |
| *AFTER-TAX DEDUCTIONS* | | |
| MPC PIP LOAN | 19.93 | |
| LTD INS | 1.79 | 31.42 |
| SHORT TERM | 2.41 | 42.26 |

### SPECIAL INFORMATION

| | | |
|---|---|---|
| 401K ER MATCH | | 15.48 |
| TO-DATE 401K ER MATCH | | 305.70 |
| TO-DATE MPC PIP LOAN | | 358.74 |

**CURRENT NET PAY DISTRIBUTION**

| S 13709490 | 60.00 |
|---|---|
| CHECK AMOUNT | 462.59 |

| TOTAL | 43.00 | 688.17 | 845.92 | 13718.71 | TOTAL PER DED | 24.13 | 73.68 | |
|---|---|---|---|---|---|---|---|---|
| | GROSS | | TAXABLE WAGES | | LESS TAXES | LESS DEDS | EQ NET PAY | |
| CURRENT | 688.17 | | 688.17 | | 141.45 | 24.13 | 522.59 | |
| Y-T-D | 13718.71 | | 13718.71 | | 2892.23 | 432.42 | 10394.06 | TOTAL CURRENT NET PAY  522.59 |

Statement Of Earnings        Detach at perforation below and keep for your records.        A Payroll Service By Ceridian



| | MPC PRODUCTS CORPORATION<br>5600 W. JARVIS AVENUE<br>NILES, IL 60714-4016 | CHECK NO: 370455<br>CHECK DATE: 04/25/08<br>PERIOD ENDING: 04/20/08<br>PAY FREQUENCY: WEEKLY |
|---|---|---|

| DONNA CAESAR<br>23W776 BRYN MAWR RD<br>ROSELLE, IL 60172 | ID NUMBER: 0240613977<br>BASE RATE: 17.3900<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 00<br>ST1:<br>ST2: | TAX ADJUSTMENTS<br>FED:<br>DI/UC:<br>LOCAL: | ST: | STATE AND LOCAL CODES<br>PRI: IL  LOC1:  LOC3:<br>SEC:       LOC2:  LOC4:<br>                            LOC5: |

### IMPORTANT MESSAGE

#### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 40.00 | 695.60 | 648.00 | 10979.04 |
| OVERTIME | 8.89 | 231.90 | 106.92 | 2720.91 |
| HOLIDAY | | | 16.00 | 270.08 |
| SHUTDOWN VAC | | | 16.00 | 270.08 |
| SICK | | | 16.00 | 270.08 |
| 401K | | 46.38- | | 717.65- |
| CHOICE SEL | | 41.00- | | 661.00- |
| PPO PLUS | | 6.00- | | 101.00- |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 54.59 | 852.39 |
| MEDICARE TAX | 12.77 | 199.35 |
| FED INC TAX | 87.09 | 1308.10 |
| PRI-STATE TAX | 25.02 | 390.94 |
| TOTAL TAXES | 179.47 | 2750.78 |

##### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| MPC PIP LOAN | 19.93 | |
| LTD INS | 1.79 | 29.63 |
| SHORT TERM | 2.41 | 39.85 |

#### SPECIAL INFORMATION

| | | |
|---|---|---|
| 401K ER MATCH | | 18.55 |
| TO-DATE 401K ER MATCH | | 290.22 |
| TO-DATE MPC PIP LOAN | | 338.81 |

#### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| S 13709490 | 60.00 |
| CHECK AMOUNT | 570.52 |

| | CURRENT HOURS | EARNINGS | Y-T-D HOURS | EARNINGS | | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|---|
| TOTAL | 48.89 | 834.12 | 802.92 | 13030.54 | TOTAL PER DED | 24.13 | 69.48 |

| | GROSS | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|
| CURRENT | 834.12 | 834.12 | 179.47 | 24.13 | 630.52 |
| Y-T-D | 13030.54 | 13030.54 | 2750.78 | 408.29 | 9871.47 |

TOTAL CURRENT NET PAY   630.52

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian



| | MPC PRODUCTS CORPORATION<br>5600 W. JARVIS AVENUE<br>NILES, IL 60714-4016 | CHECK NO: 370044<br>CHECK DATE: 04/18/08<br>PERIOD ENDING: 04/13/08<br>PAY FREQUENCY: WEEKLY |
|---|---|---|

DONNA CAESAR
23W776 BRYN MAWR RD
ROSELLE, IL 60172

ID NUMBER: 0240613977
BASE RATE: 17.3900
SSN:

STATUS  EXEMPT
FED: MARRIED  00
ST1:  00
ST2:

TAX ADJUSTMENTS
FED:   ST:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: IL  LOC1:  LOC3:
SEC:      LOC2:  LOC4:
                 LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 40.00 | 695.60 | 605.00 | 10283.44 |
| OVERTIME | 9.00 | 234.77 | 98.03 | 2489.01 |
| HOLIDAY | | | 16.00 | 270.08 |
| SHUTDOWN VAC | | | 16.00 | 270.08 |
| SICK | | | 16.00 | 270.08 |
| 401K | | 46.52- | | 671.27- |
| CHOICE SEL | | 41.00- | | 620.00- |
| PPO PLUS | | 6.00- | | 95.00- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 54.77 | 797.80 |
| MEDICARE TAX | 12.81 | 186.58 |
| FED INC TAX | 87.50 | 1221.01 |
| PRI-STATE TAX | 25.11 | 365.92 |
| TOTAL TAXES | 180.19 | 2571.31 |
| **AFTER-TAX DEDUCTIONS** | | |
| MPC PIP LOAN | 19.93 | |
| LTD INS | 1.74 | 27.84 |
| SHORT TERM | 2.34 | 37.44 |

### SPECIAL INFORMATION

| | | |
|---|---|---|
| 401K ER MATCH | | 18.61 |
| TO-DATE 401K ER MATCH | | 271.67 |
| TO-DATE MPC PIP LOAN | | 318.88 |

**CURRENT NET PAY DISTRIBUTION**
S 13709490     60.00
CHECK AMOUNT   572.65

| TOTAL | 49.00 | 836.85 | 754.03 | 12196.42 | TOTAL PER DED | 24.01 | 65.28 | | |
|---|---|---|---|---|---|---|---|---|---|
| | GROSS | | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 836.85 | | 836.85 | 180.19 | 24.01 | 632.65 | | | |
| Y-T-D | 12196.42 | | 12196.42 | 2571.31 | 384.16 | 9240.95 | TOTAL CURRENT NET PAY | | 632.65 |

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian



| | MPC PRODUCTS CORPORATION<br>5600 W. JARVIS AVENUE<br>NILES, IL 60714-4016 | | CHECK NO: 369634<br>CHECK DATE: 04/11/08<br>PERIOD ENDING: 04/06/08<br>PAY FREQUENCY: WEEKLY |
|---|---|---|---|

| DONNA CAESAR<br>23W776 BRYN MAWR RD<br>ROSELLE, IL 60172 | ID NUMBER: 0240613977<br>BASE RATE: 16.8800<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 00<br>ST1: 00<br>ST2: | TAX ADJUSTMENTS<br>FED:<br>DI/UC:<br>LOCAL: | ST: | STATE AND LOCAL CODES<br>PRI: IL LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |

### IMPORTANT MESSAGE

#### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 40.00 | 675.20 | 568.00 | 9587.84 |
| OVERTIME | 9.00 | 227.88 | 89.03 | 2254.24 |
| HOLIDAY | | | 16.00 | 270.08 |
| SHUTDOWN VAC | | | 16.00 | 270.08 |
| SICK | | | 16.00 | 270.08 |
| 401K | | 45.15- | | 624.75- |
| CHOICE SEL | | 41.00- | | 579.00- |
| PPO PLUS | | 6.00- | | 89.00- |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 53.08 | 743.03 |
| MEDICARE TAX | 12.41 | 173.77 |
| FED INC TAX | 83.61 | 1133.51 |
| PRI-STATE TAX | 24.33 | 340.81 |
| **TOTAL TAXES** | **173.43** | **2391.12** |

##### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| MPC PIP LOAN | 19.93 | |
| LTD INS | 1.74 | 26.10 |
| SHORT TERM | 2.34 | 35.10 |

#### SPECIAL INFORMATION

| | | |
|---|---|---|
| 401K ER MATCH | | 18.06 |
| TO-DATE 401K ER MATCH | | 253.06 |
| TO-DATE MPC PIP LOAN | | 298.95 |

##### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| S 13709490 | 60.00 |
| CHECK AMOUNT | 553.49 |

| TOTAL | 49.00 | 810.93 | 705.03 | 11359.57 | TOTAL PER DED | 24.01 | 61.20 | | |
|---|---|---|---|---|---|---|---|---|---|
| | GROSS | | TAXABLE WAGES | LESS TAXES | | LESS DEDS | EQ NET PAY | | |
| **CURRENT** | 810.93 | | 810.93 | 173.43 | | 24.01 | 613.49 | | |
| **Y-T-D** | 11359.57 | | 11359.57 | 2391.12 | | 360.15 | 8608.30 | TOTAL CURRENT NET PAY | 613.49 |

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian



| | MPC PRODUCTS CORPORATION<br>5600 W. JARVIS AVENUE<br>NILES, IL 60714-4016 | CHECK NO: 369212<br>CHECK DATE: 04/04/08<br>PERIOD ENDING: 03/30/08<br>PAY FREQUENCY: WEEKLY |
|---|---|---|

| DONNA CAESAR<br>23W776 BRYN MAWR RD<br>ROSELLE, IL 60172 | ID NUMBER: 0240613977<br>BASE RATE: 16.8800<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 00<br>ST1:<br>ST2: | TAX ADJUSTMENTS<br>FED:        ST:<br>DI/UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: IL  LOC1:   LOC3:<br>SEC:     LOC2:   LOC4:<br>                         LOC5: |
|---|---|---|---|---|

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 40.00 | 675.20 | 528.00 | 8912.64 |
| SICK | 8.00 | 135.04 | 16.00 | 270.08 |
| OVERTIME | 2.00 | 50.64 | 80.03 | 2026.36 |
| HOLIDAY | | | 16.00 | 270.08 |
| SHUTDOWN VAC | | | 16.00 | 270.08 |
| 401K | | 43.04- | | 579.60- |
| CHOICE SEL | | 41.00- | | 538.00- |
| PPO PLUS | | 6.00- | | 83.00- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 50.46 | 689.95 |
| MEDICARE TAX | 11.80 | 161.36 |
| FED INC TAX | 77.60 | 1049.90 |
| PRI-STATE TAX | 23.13 | 316.48 |
| **TOTAL TAXES** | **162.99** | **2217.69** |
| AFTER-TAX DEDUCTIONS | | |
| MPC PIP LOAN | 19.93 | |
| LTD INS | 1.74 | 24.36 |
| SHORT TERM | 2.34 | 32.76 |

### SPECIAL INFORMATION

| | | |
|---|---|---|
| 401K ER MATCH | | 17.22 |
| TO-DATE 401K ER MATCH | | 235.00 |
| TO-DATE MPC PIP LOAN | | 279.02 |

**CURRENT NET PAY DISTRIBUTION**
S 13709490          60.00
CHECK AMOUNT     523.84

| TOTAL | 50.00 | 770.84 | 656.03 | 10548.64 | TOTAL PER DED | 24.01 | 57.12 |
|---|---|---|---|---|---|---|---|
| | GROSS | | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | |
| CURRENT | 770.84 | | 770.84 | 162.99 | 24.01 | 583.84 | |
| Y-T-D | 10548.64 | | 10548.64 | 2217.69 | 336.14 | 7994.81 | TOTAL CURRENT NET PAY  583.84 |

Statement Of Earnings        Detach at perforation below and keep for your records.        A Payroll Service By Ceridian